# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REVERAND DOCTOR KEITH ALAN LASKO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HAMPTON AND HAMPTON COLLECTIONS, LLC, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01110-APG-VCF<br><br>**ORDER ON REPORT AND RECOMMENDATIONS**<br><br>(Dkt. #2) |

On June 16, 2015, Magistrate Judge Ferenbach entered a report and recommendation that I dismiss the original complaint without prejudice because it was not a short and plain statement of the plaintiffs' claims. (Dkt. #2.) The plaintiffs did not file an objection.

I conducted a de novo review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1). Judge Ferenbach's report and recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Ferenbach's report and recommendation (Dkt. #2) is accepted and the original complaint[1] is DISMISSED without prejudice.

DATED this 21st day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Reverend Doctor Keith Alan Lasko filed an amended complaint on June 23, 2015.