UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEITH ALAN LASKO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HAMPTON AND HAMPTON<br>COLLECTIONS, LLC,, et al,<br><br>　　　　　　　Defendant. | Case No. 2:15-cv-01110-APG-VCF<br><br>**Order Accepting Report and Recommendation, Denying Plaintiff's Motions, and Dismissing Case**<br><br>(Dkt. ## 6, 7, 8, 9) |

　　　　On August 7, 2014, Magistrate Judge Ferenbach entered his Report & Recommendation (Dkt. #6) recommending dismissal of plaintiff's Amended Complaint with prejudice. No objection has been filed to that Report & Recommendation. Thus, I am not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Ninth Circuit has confirmed that a district court is not required to review a magistrate judge's report and recommendation where no objection has been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D.Ariz. 2003) (Based on *Thomas* and *Reyna–Tapia*, "district courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection."). Because there is no objection to Magistrate Judge Ferenbach's recommendation, I accept his recommendation.

　　　　After Magistrate Judge Ferenbach entered his Report & Recommendation, the plaintiff filed a motion (1) to transfer the case to a different magistrate judge (Dkt. #7) and (2) for permission to serve the defendants (Dkt. #8). Those motions are denied as wholly without basis.

　　　　The plaintiff also filed a motion for permission to appeal Magistrate Judge Ferenbach's Report & Recommendation to the Ninth Circuit. (Dkt. #9.) Because the Report & Recommendation was not a final decision, an appeal of that document is not proper. 28 U.S.C. §1291. Therefore,

plaintiff's motion for permission to appeal is denied. However, this order constitutes a final decision that may be appealed. Accordingly, plaintiff may now pursue an appeal if he so chooses.

IT IS HEREBY ORDERED that plaintiff's motions **(Dkt. ##7, 8, and 9) are DENIED**.

IT IS FURTHEER ORDERED that the Report and Recommendation **(Dkt. #6) is accepted, and this case is DISMISSED WITH PREJUDICE**. The clerk of the court shall enter Judgment accordingly.

Dated: September 29, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE